IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**WILLIAM D. MCBRIDE**                                                                     **PLAINTIFF**

**V.**                                                              **CAUSE NO. 1:12cv344-HSO-RHW**

**MICHAEL VERGIGA, MIKE BYRD,**
**JACKSON COUNTY BOARD OF**
**SUPERVISORS, and DONNY MOORE**                               **DEFENDANTS**

## FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal.

Pursuant to the Order issued this date and incorporated herein by reference,

**IT IS, ORDERED AND ADJUDGED** that this case is **DISMISSED WITHOUT PREJUDICE.**

**SO ORDERED**, this the 29th day of April, 2013.

                                            *s/ Halil Suleyman Ozerden*
                                            HALIL SULEYMAN OZERDEN
                                            UNITED STATES DISTRICT JUDGE